UNITED STATES DISTRICT COURT

Northern District of California

SUNNY JOHANSSON, et al.,                              No. C 10-03771 MEJ

              Plaintiffs,                             **ORDER VACATING CMC**

       v.

CENTRAL GARDEN AND PET
COMPANY, et al.,

              Defendants.

_____/

The above-captioned case is currently scheduled for a case management conference on December 2, 2010.  However, as Defendants' motion to transfer is also scheduled for a hearing on December 2, the Court hereby VACATES the December 2, 2010 Case Management Conference and all related deadlines.

**IT IS SO ORDERED.**

Dated: November 16, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California